# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>                              Plaintiff, <br>   vs. <br><br> $1,700.00 IN U.S. CURRENCY, <br><br>                              Defendant. | CASE NO. 09 CV 2751 JM (CAB) <br><br> **ORDER GRANTING MOTION TO APPOINT CUSTODIAN** <br><br> Doc. No. 2 |

   Pending before the court is Plaintiff's ex parte motion to appoint—as an exception to General Order 273—the U.S. Marshal as custodian of the Defendant currency, allow the Marshal to place the Defendant currency in the Marshal's Seized Assets Deposit Account, and to substitute the res. (Doc. No. 2).  Having review the motion, and finding good cause, the court hereby GRANTS the motion.

   **IT IS SO ORDERED.**

DATED: December 10, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge